JOHN D. BRIGHT, as Receiver of the Property of FREDERICK W. SEWARD, Respondent, *v.* GOSHEN SANITARIUM COMPANY, Appellant.

Submitted February 6, 1956; decided February 9, 1956.

*John D. Bright* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution.